IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CAROLYN DINGLE | ) | |
|---|---|---|
| | ) | Civil Action No. 07-1204 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| TELETECH HOLDINGS, | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## ORDER OF COURT

**AND NOW,** it is hereby ORDERED that the above-captioned matter is DISMISSED, WITHOUT PREJUDICE, with leave to Plaintiff to file in arbitration in accordance with the Arbitration Agreement between the Parties.

Date: 2/15/08

Gary L. Lancaster, Judge